1  **RODNEY J. JACOB, ESQ.**
   **CALVO FISHER & JACOB LLP**
2  Attorneys at Law
   259 Martyr Street, Suite100
3  Hagåtña, Guam 96910
4  Telephone: (671) 646-9355
   Facsimile: (671) 646-9403
5  Email: rjacob@calvofisher.com

6  **J. ALEXANDER LAWRENCE, ESQ.**
   (*pending Pro Hac Vice admission*)
7  **MORRISON & FOERSTER LLP**
8  Shin-Marunouchi Building, 29th
   Floor 5-1, Marunouchi 1-Chome
9  Chiyoda-ku, Tokyo Japan
   100-6529
10 Telephone: 81-33-214-6522
   Facsimile: 81-33-214-6512
11 Email: alawrence@mofo.com

12 Attorneys for Petitioner
   MARINA HABA
13

14                UNITED STATES DISTRICT COURT
15                     DISTRICT OF GUAM
16

17 | *In re*: Application Pursuant to | Misc. Case No. 1:20-mc-00025 |
18 | 28 U.S.C. § 1782 of MARINA HABA, | |
19 | Petitioner, | **APPLICATION FOR AN ORDER DIRECTING MARUHAN** |
20 | - To take discovery of - | **CORPORATION GUAM TO RESPOND TO DISCOVERY PURSUANT TO 28** |
21 | MARUHAN CORPORATION GUAM, | **U.S.C. § 1782 FOR USE IN FOREIGN PROCEEDINGS** |
22 | Respondent. | |

23

24    Pursuant to 28 U.S.C. § 1782, applicant Marina (née Han) Haba ("Ms. Haba"), hereby

25 applies to this Court for an order granting Ms. Haba leave to serve Maruhan Corporation Guam

26 ("Maruhan Guam") with a subpoena attaching document requests and a deposition notice.

27    The requested relief is for the purpose of obtaining limited, but necessary, discovery in

28 connection with a pending and anticipated civil proceeding before the Kyoto District Court,

1

Japan. The Japanese litigation includes: (1) an action pending in the Kyoto District Court, that Ms. Haba's father Chang-Woo Han ("Mr. Han") has filed against Ms. Haba, and (2) an action that Ms. Haba intends to file against Maruhan Co. Ltd. and its CEO and Chairman, Mr. Han. This Application is based on the concurrently-filed Declaration of Ms. Haba, the Declaration of Japanese Lawyer, Chie Yakura, the Memorandum of Points and Authorities in support of this Application, and other documents filed in this matter and such other evidence and argument which may be considered by the Court.

Ms. Haba's application meets the statutory requirements of 28 U.S.C. § 1782, and the discretionary factors the Supreme Court identified in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), all weigh in favor of granting the application. Importantly, the Ninth Circuit has consistently recognized the liberal policy in favor of granting applications for judicial assistance under Section 1782. A proposed order has been lodged with this application as Exhibit A. The proposed subpoena and notice of deposition are attached to this application as Exhibits B and C.

Dated: September 11, 2020

CALVO FISHER & JACOB LLP
Attorneys for Petitioner
MARINA HABA

By: _____/s/_____
 RODNEY J. JACOB