# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of MARINA HABA, <br><br> Petitioner, <br><br> - To take discovery of - <br><br> MARUHAN CORPORATION GUAM, <br><br> Respondent. | Misc. Case No. _____ <br><br> **[PROPOSED] ORDER DIRECTING MARUHAN CORPORATION GUAM TO RESPOND TO DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FOR USE IN FOREIGN PROCEEDINGS** |

The Court, having reviewed the Application for an Order to Take Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application"), the Declaration of Marina (née Han) Haba ("Ms. Haba"), dated September 3, 2020, the Declaration of Chie Yakura, dated September 11, 2020, and Applicant's Memorandum of Law, finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied, and (2) the discretionary factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) weigh in favor of granting the Application.

Therefore, IT IS HEREBY ORDERED THAT:

1. The Application for an order to take discovery from Maruhan Corporation Guam ("Maruhan Guam") for use in the foreign proceeding pursuant to 28 U.S.C. § 1782 is GRANTED;

2. Ms. Haba is authorized pursuant to 28 U.S.C. § 1782 to obtain documents from Maruhan Guam, as specified in Attachment A to the subpoena submitted as Exhibit B to the

1

1  Application;

2      3. Maruhan Guam is directed to comply with such subpoena in accordance with, and
3  subject to its rights under, the Federal Rules of Civil Procedure and the Rules of this Court;

4      4. Chang-Woo Han ("Mr. Han"), President of Maruhan Guam, is ordered to make
5  himself available on a date and time to be agreed upon between the parties, or ordered by the
6  Court if no such agreement can be made, at the United States Consulate in Osaka, Japan, the
7  United States Embassy in Tokyo, Japan, or at the offices of Calvo Fisher & Jacob LLP in
8  Hagåtña, Guam, pursuant to the Notice of Deposition submitted as Exhibit C to the Application;
9  and

10      Ms. Haba is authorized to deliver copies of this order and the subpoena and deposition
11  notice issued pursuant to this order with any submission of documents or testimony obtained
12  hereby in the civil proceedings in Japan.

13      IT IS SO ORDERED this ____ day of _____, 2020.

                                                                                                                                                                                                     _____
                                            UNITED STATES DISTRICT JUDGE