# EXHIBIT C

| | |
|---|---|
| 1 | **RODNEY J. JACOB, ESQ.** |
| | **CALVO FISHER & JACOB LLP** |
| 2 | Attorneys at Law |
| 3 | 259 Martyr Street, Suite100 |
| | Hagåtña, Guam 96910 |
| 4 | Telephone: (671) 646-9355 |
| | Facsimile: (671) 646-9403 |
| 5 | Email: rjacob@calvofisher.com |
| 6 | **J. ALEXANDER LAWRENCE, ESQ.** |
| 7 | (*pending Pro Hac Vice admission*) |
| | **MORRISON & FOERSTER LLP** |
| 8 | Shin-Marunouchi Building, 29th |
| | Floor 5-1, Marunouchi 1-Chome |
| 9 | Chiyoda-ku, Tokyo Japan |
| | 100-6529 |
| 10 | Telephone: 81-33-214-6522 |
| | Facsimile: 81-33-214-6512 |
| 11 | Email: alawrence@mofo.com |
| 12 | Attorneys for Petitioner |
| 13 | MARINA HABA |

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| *In re*: Application Pursuant to 28 U.S.C. § 1782 of MARINA HABA, | Misc. Case No. _____ |
| Petitioner, | **NOTICE OF DEPOSITION OF CHANG-WOO HAN, PRESIDENT OF MARUHAN CORPORATION GUAM** |
| - To take discovery of - | |
| MARUHAN CORPORATION GUAM, | |
| Respondent. | |

**TO:** Maruhan Guam Corporation, c/o its Registered Agent, Blair Sterling Johnson & Martinez, 238 Archbishop Flores Street, Suite 1008, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure 26 and 30(b)(1), Marina (née Han) Haba ("Ms. Haba"), through her attorneys, will take the deposition upon oral examination of Chang-Woo Han, President of Maruhan Guam Corporation on a date

1

tk-781300

1  and time to be agreed upon between the parties, or ordered by the Court if no such agreement can
2  be made, at the United States Consulate in Osaka, Japan, the United States Embassy in Tokyo,
3  Japan, or at the offices of Calvo Fisher & Jacob LLP in Hagåtña, Guam. The deposition will
4  take place before a court reporter and will be recorded by stenographic means, may be
5  videotaped, and shall continue from day to day until it has been completed.

Dated: September 11, 2020               CALVO FISHER & JACOB LLP
                                        Attorneys for Petitioner
                                        MARINA HABA


                                        By:  _____/s/_____
                                               RODNEY J. JACOB